STATE OF NORTH CAROLINA v. GLENN EDWARD DARNELL

No. 7228SC385

(Filed 24 May 1972)

APPEAL by defendant from *Falls, Judge,* 25 October 1971 Session of Superior Court held in BUNCOMBE County.

Defendant was tried upon a bill of indictment, proper in form, charging him with the felony of common-law robbery. From a jury verdict of guilty as charged and judgment of imprisonment of not less than seven years nor more than ten years, the defendant appealed to the Court of Appeals.

*Attorney General Morgan and Associate Attorney Haskel for the State.*

*William E. Anderson for defendant appellant.*

MALLARD, Chief Judge.

We have carefully considered the record in this case, and no prejudicial error is made to appear; nor is there error on the face of the record proper.

No error.

Judges CAMPBELL and BROCK concur.